UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER K. PARKS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C11-769-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation (Dkt. # 17) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation. The clerk shall enter judgment for plaintiff.

(3)     The clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 19th day of October, 2011.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Court Judge