HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER K. PARKS,

    Plaintiff,

    v.

CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C11-769RAJ

ORDER

The court GRANTS Plaintiff's motion for attorney fees. Dkt. # 22. Defendant has stated that it has no objection to the request. The court awards 42 U.S.C. § 406(b) attorney fees of $10,845 directly to Plaintiff's counsel:

    Sandra Widlan
    Schroeter, Goldmark & Bender
    810 Third Avenue
    Seattle, WA 98104

Plaintiff's attorney shall return a previous fee award of $4,236.19 to her client.

DATED this 4th day of December, 2013.

                                              *(signature)*
                                              The Honorable Richard A. Jones
                                              United States District Court Judge

ORDER – 1